United States District Court
Southern District of Texas
**ENTERED**
February 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ADAM RAY a/k/a Chris Ray, SPN #02902212, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-25-791 |
| WILVIN JAMAR CARTER, | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 28th day of February 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE